# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs

JUSTIN LANE FOUST

**NOTICE**

Case Number:   CR-18-011-F

**Defendant is in custody**.

| Type of Case | <u>     X   </u> **CRIMINAL** |

### *TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place: U.S. Courthouse
        Courtroom #401
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**DATE AND TIME**

**November 6, 2019, at 1:30 p.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

TYPE OF PROCEEDING:                                                  **BOND REVOCATION HEARING**

TAKE NOTICE: that the proceeding in this case was previously scheduled as indicated below:

Place: U.S. Courthouse
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**Date and Time Previously Scheduled**

                        JUDGE STEPHEN P. FRIOT

<u>November 6, 2019</u>
Date

                        s/ Lori Gray
                        BY DEPUTY CLERK

AUSA (Perry, Maxfield Green, Snyder)
J. Patrick Quillian
USM
USPO (Fye)