# COURTROOM MINUTE SHEET

DATE  11-6-19

CRIMINAL NO.  CR-18-11-F

United States -vs-  Justin Lane Foust

COMMENCED  1:30    ENDED  2:45    TOTAL TIME  1 hour 15 min.

PROCEEDINGS  Bond revocation hearing / motion hearing

JUDGE STEPHEN P. FRIOT    DEPUTY LORI GRAY    REPORTER SHERRI GRUBBS

PLF COUNSEL  Jessica Perry

DFT COUNSEL  Patrick Quillian

PROBATION OFFICER  Katie Fye

The defendant appears in custody of USM.

The defendant appears before the court in connection with the Petition for Action on Conditions of Pretrial Release, filed on November 5, 2019 (doc. no. 139), and the United States' Motion to Modify Order of Self-Surrender and Immediately Remand Defendant to the Custody of the Bureau of Prisons, filed on November 5, 2019 (doc. no. 141).

The court hears evidence.

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. FBI Special Agent David Cole (sworn) | 1. |
| 2. FBI Special Agent Allen Carpenter (sworn) | 2. |
| 3. SUSPO Katherine Fye (sworn) | 3. |

Government's Exhibits 1-59 admitted.

The court hears arguments of counsel.

The court **FINDS** that the defendant has violated his conditions of release as alleged in the 11/5/2019 Petition for Action on Conditions of Pretrial Release.   The court **GRANTS** the Petition.

The court **FINDS**, by clear and convincing evidence, that the defendant does present a substantial risk of flight and poses a danger to the community, his family and/or himself.

The United States' Motion to Modify Order of Self-Surrender and Immediately Remand Defendant to the Custody of the Bureau of Prisons (doc. no. 141) is **GRANTED**.

The defendant's conditions of release are **REVOKED**, and the defendant is **REMANDED** to the custody of the USM to immediately begin serving his term of incarceration.

Government's Exhibits 1-59 withdrawn.

18-0011x029.docx