2064-1105-0224-B

Prob19 (3/03)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

**RECEIVED**
**NOV 05 2019**
**U.S. MARSHALS W/OK**

U.S.A. vs Justin Lane Foust

Docket No.: CR-18-011-1-SPF

**TO: Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF DEFENDANT |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Courts. |||||
| NAME OF SUBJECT: Foust, Justin Lane | | SEX: Male | RACE: White | AGE: 43 |
| ADDRESS (STREET, CITY, STATE, ZIP) 1185 Ponderosa Drive, Sulphur, Oklahoma 73086 |||||
| TO BE BROUGHT BEFORE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF OKLAHOMA |||||
| WARRANT ISSUED: 7:04 pm, Nov 05, 2019  CARMELITA REEDER SHINN, Clerk  By: Lori Gray, Deputy Clerk |||||
| **RETURN** |||||
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED 11-6-19 || DATE EXECUTED ||
| EXECUTING AGENCY (NAME AND ADDRESS) ARRESTED ON: WITHIN THE W DISTRICT OF OK BY: OK City PD, OK |||||
| NAME | | (BY) | DATE ||